IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BRANDON BONNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 114-203 |
| | ) | |
| ANTWAN SMYRE, Sergeant, Augusta State Medical Prison, and OFFICER ZISHLER, Augusta State Medical Prison, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Although a second Defendant has been added since the Magistrate Judge filed his Report and Recommendation, the claim raised against Defendant Zishler relates to an allegation of use of excessive force at Augusta State Medical Prison on November 18, 2013. Thus, the Magistrate Judge's analysis that Plaintiff has not shown a likelihood of success on the merits of his request for injunctive relief concerning circumstances at his current place of incarceration, Valdosta State Prison, still applies. Likewise, although there are now two Defendants in the case, neither has control over Plaintiff's treatment at his current prison.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motion for injunctive relief. (Doc. nos. 37-1, 37-2.)

SO ORDERED this 14th day of September, 2015, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA